PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEWELL L. CLARK, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | 2:21-po-00342-CKD <br><br> ORDER TO DISMISS AND RECALL ABSTRACT <br><br> JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice Case Number 2:21-po-00342-CKD is GRANTED.

It is further ordered that the abstract issued on September 16, 2021 be recalled.

IT IS SO ORDERED.

Dated: April 25, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE